

# U.S. District Court

## Virginia Eastern - Richmond

Receipt Date: Jan 16, 2024 3:07PM

**ROBERT HARRISON**

| Rcpt. No: 300003232 | Trans. Date: Jan 16, 2024 3:07PM | | | Cashier ID: #LG |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| *201B  Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments:** CIVIL FILING FEE 3:24CV31

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.