UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

Robert Harrison
_____
                    Plaintiff(s),

        v.

                                        Civil Action Number: _____

Experian Information Solutions, Inc
_____
                    Defendant(s).


## LOCAL RULE 83.1(M) CERTIFICATION


I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint for Civil Action_
                                                              (Title of Document)

___Robert Harrison_____
Name of *Pro Se* Party (Print or Type)

___R=H_____
Signature of *Pro Se* Party

Executed on: __1/16/24_____ (Date)

                            **OR**


The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)