**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ROBERT HARRISON**

        Plaintiff,

v.                                             CASE NO.: 3:24-CV-31-RCY

Experian Information Solutions, Inc
        Defendants.

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please note the appearance of Jason M. Krumbein of Krumbein Consumer Legal Services, as co-counsel of record for Plaintiff.

                                    ROBERT HARRISON

                                    By: _____/s/Jason M. Krumbein_____.
                                            Of Counsel
                                  Jason M. Krumbein, Esq. VSB#43538
                                  Krumbein Consumer Legal Services, Inc
                                  1650 Willow Lawn Dr. Suite 201
                                  Richmond, VA 23230
                                  804.592.0792
                                  804.823.2565 (fax)
                                  JKrumbein@KrumbeinLaw.com(e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of April, 2024, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

David N. Anthony, Esq.
Harrison Scott Kelly, Eq.
Josh Komisin, Esq.
Counsel for Experian Information Solutions, Inc.

And I hereby certify that I will mail the document by US Mail to the following non filing users:

By: /s/ Jason M. Krumbein .
Jason M. Krumbein, Esq. VSB#43538
Counsel for the Plaintiff
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com(e-mail)