**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**ROBERT HARRISON**

       Plaintiff,

v.                                                        CASE NO.: 3:24-cv-31-RCY

Experian Information Solutions, Inc.
       Defendants.

## NOTICE OF DISMISSAL PURSUANT TO FRCivP 41

COMES now the plaintiff, by counsel, and files this NOTICE OF DISMISSAL WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). No defendant has filed an Answer or Motion for Summary Judgment.

       Robert Harrison

       By:_____/s/Jason M. Krumbein_____.
             Of Counsel
       Jason M. Krumbein, Esq. VSB#43538
       Krumbein Consumer Legal Services, Inc
       1650 Willow Lawn Dr. Suite 201
       Richmond, VA 23230
       804.592.0792
       804.823.2565 (fax)
       JKrumbein@KrumbeinLaw.com(e-mail)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th Day of April, 2024, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

David N. Anthony, Esq.
Harrison Scott Kelly, Esq.
John Komisin, Esq.
Counsel for Trans Union, LLC

And I hereby certify that I will mail the document by US Mail to the following non filing users:

                                            By: /s/ Jason M. Krumbein .
                                            Jason M. Krumbein, Esq. VSB#43538
                                            Counsel for the Plaintiff
                                            Krumbein Consumer Legal Services
                                            1650 Willow Lawn Dr. Suite 201
                                            Richmond, VA 23230
                                            804.592.0792
                                            804.823.2565 (fax)
                                            JKrumbein@KrumbeinLaw.com(e-mail)